IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01857-WYD-MJW

DAVID MILLER, an individual,

Plaintiff,

v.

PHIL&TEDS USA INC., a Colorado corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Joint Motion for a Protective Order (docket no. 25) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 25-1) is APPROVED as amended in paragraph F. 1. on page 13 of the written Stipulated Protective Order (docket no. 25-1).

Date: September 24, 2013