IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    13-cv-01857-WYD-MJW

DAVID MILLER, an individual,

    Plaintiff,

v.

phil&teds USA Inc., a Colorado corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal With Prejudice (ECF No. 30).   After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice.   Accordingly, it is

ORDERED that the Stipulation of Dismissal With Prejudice (ECF No. 30) is **APPROVED.**   This case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney's fees and costs.

Dated:   November 14, 2013

                                                    BY THE COURT:

                                                   s/ Wiley Y. Daniel
                                                   WILEY Y. DANIEL,
                                                   UNITED STATES SENIOR DISTRICT JUDGE